UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 05-CR-10072-GAO |
| ) | CRIMINAL NO. |
| v. ) | |
| ) | VIOLATIONS: |
| ANTONIO PEREZ, a/k/a ) | 8 U.S.C. § 1326 |
| JUAN MARTINEZ ) | Unlawful Re-entry of |
| ) | Deported Alien |

## INDICTMENT

**COUNT ONE:**   (8 U.S.C. § 1326–Unlawful Re-entry of Deported Alien)

The Grand Jury charges that:

On or about March 8, 2005, at Roslindale, in the District of Massachusetts,

**ANTONIO PEREZ, a/k/a JUAN MARTINEZ,**

defendant herein, being an alien and having been excluded, removed and deported from the United States subsequent to a conviction for an aggravated felony, was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Sections 1326(a) and (b) and Title 6, United States Code, Sections 202(3) and (4) and Section 557.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
TIMOTHY Q. FEELEY
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; March 23, 2005.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK   2:31 pm

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

Place of Offense: Roslindale   Category No. II   Investigating Agency ICE

City  Boston   Related Case Information:  05-CR-10072-GAO

County  Suffolk

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Antonio Perez     Juvenile  ☐ Yes  ☒ No

Alias Name  Juan Martinez

Address  24 Beechland Street, Apt. 49, Roslindale, MA

Birth date (Year only): 1968   SSN (last 4 #): ____   Sex M   Race: ____   Nationality: ____

Defense Counsel if known: ____   Address: ____

Bar Number: ____

**U.S. Attorney Information:**

AUSA  Timothy Q. Feeley     Bar Number if applicable  160950

Interpreter:  ☒ Yes  ☐ No     List language and/or dialect:  Spanish

Matter to be SEALED:  ☐ Yes  ☒ No

☒ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date: ____

☒ Already in Federal Custody as  March 8, 2005  in  ICE custody
☐ Already in State Custody ____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by ____ on ____

Charging Document:  ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:  ☐ Petty ___   ☐ Misdemeanor ___   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: March 23, 2005     Signature of AUSA:  /s/ Timothy Q. Feeley

$JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    Antonio Perez, aka, Juan Martinez

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  8 U.S.C. §1326 | Unlawful Reentry of Deported Alien | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: