# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 2005-10072-GAO

ANTONIO PEREZ, ETC.,
        Defendant.

## ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

COLLINGS, U.S.M.J.

Upon the allowance of the motion of the Government, it is ORDERED that the DETENTION HEARING be, and the same hereby is, CONTINUED to **WEDNESDAY, MARH 30, 2005 AT 2:00 P.M. before the Honorable Joyce Alexander[1] at COURTROOM 24, 7TH FLOOR**, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

Pending this hearing, the defendant shall be held in custody by the United

---

[1] The case is assigned to Judge Alexander; however, she was unavailable on March 25, 2005 when the defendant was arrested so the undersigned conducted the initial appearance as emergency magistrate judge.

States Marshal and produced for the hearing.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

Date: March 25, 2005.