AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

Antonio Perez,
a/k/a Juan Martinez

**WARRANT FOR ARREST**

CASE NUMBER: 05-CR-10072-GAO

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _Antonio Perez, a/k/a Juan Martinez_
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with (brief description of offense)
unlawful reentry after deportation

in violation of
Title __8__ United States Code, Section(s) __1326__

_Theresa Cotro_
Name of Issuing Officer

_Deputy Clerk_
Title of Issuing Officer

_Theresa Cotro_
Signature of Issuing Officer

_3/23/05  Boston, MA_
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| WARRANT EXECUTED BY _INS_ BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 5/25/05 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.