UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

ANTONIO PEREZ
      Defendant

CRIMINAL CASE
NO. 05-10072 GAO

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

      On May 18, 2005, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1. There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2. There are no features of the case that may deserve special attention or modification of the standard schedule;

3. Supplemental discovery anticipated includes a tape of the defendant's prior deportation hearing to be produced, if available, by the government;

4. Discovery concerning any expert witnesses pursuant to Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C) includes the government's fingerprint expert;

5. The applicable periods of excludable delay under the Speedy Trial Act include: March 25, 2005, through April 22, 2005 (28 days); May 12, 2005, through May 18, 2005 (6 days) and May 19, 2005, through June 20, 2005 (32 days), for a total of sixty-six (66) days as of June 20, 2005. The time period from May 12, 2005, through June 20, 2005, has not yet been excluded by written motion of the parties. The Parties made oral motion to exclude the time until the next status conference. The government will file a joint motion for the applicable periods of excludable delay. The parties have stated that the total amount of time to proceed to trial is seventy (70) days as of June 20, 2005;

6. Trial is not anticipated. The estimated duration of the trial is one (1) to two (2) days;

7. There are no other matters.

IT IS HEREBY ORDERED THAT

A motion date pursuant to Fed. R. Crim. P. 12 (c) has not been established. The defendant shall file any dispositive motions by June 20, 2005, with the government's response due July 5, 2005. A **Final Status Conference** is scheduled at **10:00 a.m.** on **July 12, 2005,** in Courtroom 24, 7th floor.

        HONORABLE JOYCE LONDON ALEXANDER
        U.S. MAGISTRATE JUDGE

        By the Court:

June 30, 2005        /S/ Rex Brown
Date        Courtroom Clerk
        (617) 748-9238