UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA )
                         )
         V.              )   CRIMINAL NO. 2005-10072-GAO
                         )
ANTONIO PEREZ            )
```

**JOINT MOTION TO EXCLUDE TIME**

The parties hereby jointly move to exclude the following periods of time from the time within which this case must otherwise be tried:

    3/25/05 to 4/22/05   Automatic discovery period

    5/12/05 to 5/18/05   Court continuance

    5/19/05 to 6/20/05   Period for defendant to consider and file motions

ANTONIO PEREZ                          MICHAEL J. SULLIVAN
                                       United States Attorney

By: _____         By: _____
JOHN F. PALMER, ESQ.                   TIMOTHY Q. FEELEY
Attorney for Defendant                 Assistant U.S. Attorney
(617) 723-7010                         (617) 748-3172

July 12, 2005