UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA )
                         )
         V.              )   CRIMINAL NO. 2005-10072-GAO
                         )
ANTONIO PEREZ            )
```

**JOINT MOTION TO EXCLUDE TIME**

The parties hereby jointly move to exclude the following periods of time from the time within which this case must otherwise be tried:

    3/25/05 to 4/22/05   Automatic discovery period

    5/12/05 to 5/18/05   Court continuance

    5/19/05 to 6/20/05   Period for defendant to consider and file motions

| ANTONIO PEREZ | MICHAEL J. SULLIVAN |
| --- | --- |
| | United States Attorney |
| By: /s/ John F. Palmer | By: /s/ Timothy Q. Feeley |
| JOHN F. PALMER, ESQ. | TIMOTHY Q. FEELEY |
| Attorney for Defendant | Assistant U.S. Attorney |
| (617) 723-7010 | (617) 748-3172 |

July 12, 2005