UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                      )<br>)<br>ANTONIO PEREZ                      )<br>                                                   ) | NO. 1:05CR10072 |

MOTION TO CONTINUE PRETRIAL CONFERENCE (ASSENTED TO)

Defendant Antonio Perez moves this Honorable Court to continue his pretrial conference from July 18, 2005, at 2:00 p.m. until July 27, 2005, at 2:30 p.m. or thereafter.

As grounds for this motion, Defendant states that his counsel received notice of the conference only on July 15, 2005, and that he has a previously scheduled conference in the Suffolk Superior Court at 2:00 p.m. on July 18, 2005.

The Defendant agrees that the time of this continuance from July 18, 2005, to July 27, 2005, shall be excludable under the Speedy Trial Act.

                                                            DEFENDANT
                                                            By his attorney

                                                            /s/John F. Palmer
                                                            John F. Palmer
                                                            Law Office of John F. Palmer
                                                            24 School Street, 8th Floor
                                                            Boston, MA 02108
                                                            (617)723-7010
                                                            BBO# 387980

Assented To:

/s/Timothy Feeley
Timothy Feeley, AUSA
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210

                                                            Dated: July 18, 2005

Case 1:05-cr-10072-GAO    Document 10    Filed 07/18/2005    Page 2 of 2