UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                         ) | NO. 1:05CR10072-GAO-1 |
| ) | |
| ANTONIO PEREZ                ) | |
| ) | |

MOTION FOR RULE 11 HEARING

Now comes Defendant Antonio Perez and moves this Honorable Court to schedule a Rule 11 hearing for change of plea at the earliest opportunity and, in any event, prior to September 13, 2005.

As grounds for this motion Defendant states that he has been in pretrial detention since March 25, 2005; that he wishes to dispose of his case expeditiously so that sentence may be imposed; and that his counsel will be unavailable from September 13, 2005, through the end of September, due to a homicide trial in Suffolk county.

Wherefore, Defendant prays that this motion be allowed.

DEFENDANT
By his attorney

/s/John F. Palmer
John F. Palmer
Law Office of John F. Palmer
24 School Street, 8th Floor
Boston, MA 02108
(617)723-7010
BBO# 387980

Dated: August 25, 2005