UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 1:05CR10072-GAO-1 |
| | ) | |
| ANTONIO PEREZ | ) | |
| | ) | |

MOTION TO CONTINUE RULE 11 HEARING

Now comes Defendant Antonio Perez and moves this Honorable Court to continue the Rule 11 hearing for change of plea from October 19, 2005, to November 10, 2005.

As grounds for this motion, Defendant states that defense counsel has longstanding out-of-state vacation plans for the week of October 17 to October 24, 2005, and will be unavailable on October 19, 2005.

This case was previously assigned a date of November 10, 2005, for pretrial conference, and counsel would request that the Rule 11 hearing be held on that date.

                                                        DEFENDANT
                                                      By his attorney

                                                      /s/John F. Palmer
                                                      John F. Palmer
                                                      Law Office of John F. Palmer
                                                      24 School Street, 8th Floor
                                                      Boston, MA 02108
                                                      (617)723-7010
                                                      BBO# 387980

Dated: October 7, 2005